**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

CHARLES FRANCIS PULLEY, III,

      Petitioner,   :   Case No. 3:25-cv-00144

  - vs -         District Judge Walter H. Rice
             Magistrate Judge Michael R. Merz

 WARDEN,
 Madison Correctional Institution,

          :
     Respondent.

---

## DECISION AND ORDER RE-INSTATING STAY

---

This habeas corpus case was brought *pro se* by Petitioner Charles Francis Pulley, III, to obtain relief from his convictions in the Montgomery County, Ohio, Court of Common Pleas for murder, felonious assault, involuntary manslaughter, and endangering children. (Verdict, State Court Record, ECF No. 7, Exhibit 20).  It is before the Court on Petitioner's Objections (ECF No. 19) to the Report and Recommendations (ECF No. 15).

On March 18, 2026, the Magistrate Judge withdrew the Report to which the Objections are directed (See Decision and Order, ECF No. 17).  In order that the case be decided on a complete record, the Magistrate Judge ordered (1) Respondent to supplement the State Court Record "by filing forthwith Judge Gerald Parker's decision denying Petitioner's Motion for Leave to File a Motion for New Trial" and (2) that Petitioner could file by March 31, 2026, a response "to the State's argument that merits review is barred by the statute of limitations." *Id.* at PageID 1209.

1

Examining the Supplemental State Court Record, the Magistrate Judge finds that Petitioner has appealed Judge Parker's denial of his Motion for New Trial and the Second District has denied the State's motion to dismiss the appeal as untimely (Supplemental State Court Record, ECF No. 18, Exs. 36 and 38).  Accordingly, and pursuant to *Rhines v. Weber*, 544 U.S. 269 (2005), the stay of this case is re-entered and the case shall remain stayed until the Second District Court of Appeals grants Petitioner relief or until the Ohio Supreme Court decides the case, whichever is later.  Respondent shall keep the Court currently advised of the progress of the appeal and file copies of any Ohio court decisions.

The Magistrate Judge further finds that Petitioner has argued in the Objections as to why the case is not barred by the statute of limitations.  The Court will consider that argument when the case is fully ripe for decision.  However, the Objections are not signed as required by Fed.R.Civ.P. 11 and Petitioner must re-file them in signed form immediately.

March 31, 2026.

s/ *Michael R. Merz*
United States Magistrate Judge

2